| | |
|---|---|
| 1 | CDF LABOR LAW LLP |
| |    Dan M. Forman, State Bar No. 155811 |
| 2 |    dforman@cdflaborlaw.com |
| |    M. Leah Cameron, State Bar No. 274637 |
| 3 |    lcameron@cdflaborlaw.com |
| | 707 Wilshire Boulevard, Suite 5150 |
| 4 | Los Angeles, CA 90017 |
| | Telephone:  (213) 612-6300 |
| 5 | |
| | NEAL GERBER & EISENBERG LLP |
| 6 |    Chad W. Moeller |
| |    Cmoeller@nge.com |
| 7 |    Corinne N. Biller |
| |    cbiller@nge.com |
| 8 | 2 North LaSalle Street, Suite 1700 |
| | Chicago, IL 60602 |
| 9 | Telephone: (312) 269-8000 |
| | *Pro Hac Vice Applications to be filed* |
| 10 | |
| | Attorneys for Defendant |
| 11 | TYSON FOODS, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOSTER POULTRY FARMS, LLC, a California limited liability company, and BRIAN BAKER, an individual, | ) Temp. Case No. 1:22-at-00559 ) ) Merced County Superior Court ) Case No.: 22CV-01809 |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF INTERESTED** ) **ENTITIES OR PERSONS** |
| TYSON FOODS, INC., a Delaware Corporation, and DOES 1-20, inclusive, | ) ) Filed concurrently with: ) - Civil Cover Sheet; |
| Defendant. | ) - Notice of Removal; and ) - Decl. of Shane Parks ) ) Action Filed:   June 17, 2022 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant, Tyson Foods, Inc. certifies the following:

1. Tyson Foods, Inc. is a publicly-held entity.

2. No publicly held corporation owns 10% or more of the stock of Tyson Foods, Inc.

Dated: July 25, 2022

CDF LABOR LAW LLP
M. Leah Cameron

By: _____/s/ *Dan M. Forman*_____
Dan M. Forman
Attorneys for Defendant
TYSON FOODS, INC.