1  CDF LABOR LAW LLP
      Dan M. Forman, State Bar No. 155811
2      dforman@cdflaborlaw.com
      M. Leah Cameron, State Bar No. 274637
3      lcameron@cdflaborlaw.com
   707 Wilshire Boulevard, Suite 5150
4  Los Angeles, CA 90017
   Telephone:  (213) 612-6300

   NEAL GERBER & EISENBERG LLP
      Chad W. Moeller
      Cmoeller@nge.com
      Corinne N. Biller
      cbiller@nge.com
   2 North LaSalle Street, Suite 1700
   Chicago, IL 60602
   Telephone: (312) 269-8000
   *Pro Hac Vice Applications to be filed*

   Attorneys for Defendant
   TYSON FOODS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, LLC, a California limited liability company, and BRIAN BAKER, an individual, <br><br> Plaintiff, <br> vs. <br><br> TYSON FOODS, INC., a Delaware Corporation, and DOES 1-20, inclusive, <br><br> Defendant. | Temp. Case No. 1:22-at-00559 <br><br> Merced County Superior Court <br> Case No.: 22CV-01809 <br><br> **DECLARATION OF SHANE PARKS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** <br><br> Filed concurrently with: <br> - Civil Cover Sheet; <br> - Notice of Removal; and <br> - Certificate of Interested Parties <br><br> Action Filed:   June 17, 2022 |

DECLARATION OF SHANE PARKS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

CDF Labor Law LLP

2019257.1

**DECLARATION OF SHANE PARKS**

I, Shane Parks, declare as follows:

1. I am employed by Tyson Foods, Inc. ("Tyson") as Senior Vice President, Poultry. I have held this position since September 2021, and I have worked for Tyson, in a variety of roles, since January 2002. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Tyson is a Delaware corporation with its principal place of business in Springdale, Arkansas.

3. From September 2021 until his resignation in June 2022, Brian Baker ("Baker") reported directly to me. Accordingly, I was intimately familiar with the work performed by Baker and his compensation from Tyson.

4. As Vice President of Business Operations, Baker was considered the "owner" of the profit and loss (P&L) function in the poultry division and made all business-related decisions in the group, including decisions bearing on production and pricing. In this role, Baker was an executive-level employee of Tyson, and he was compensated in excess of $580,000 per year.

5. Based upon my knowledge gained as Baker's direct supervisor, I can confirm that the value of Baker's services to Tyson, and the profits to Tyson therefrom, were in excess of $75,000 per year.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on this 25th day of July, 2022.

_____
Shane Parks

34132431.1