1  CDF LABOR LAW LLP
       Dan M. Forman, State Bar No. 155811
2      dforman@cdflaborlaw.com
       M. Leah Cameron, State Bar No. 274637
3      lcameron@cdflaborlaw.com
   707 Wilshire Boulevard, Suite 5150
4  Los Angeles, CA 90017
   Telephone:  (213) 612-6300
5
   NEAL GERBER & EISENBERG LLP
6      Chad W. Moeller
       Cmoeller@nge.com
7      Corinne N. Biller
       cbiller@nge.com
8  2 North LaSalle Street, Suite 1700
   Chicago, IL 60602
9  Telephone: (312) 269-8000
   *Pro Hac Vice Applications to be filed*
10
   Attorneys for Defendant
11 TYSON FOODS, INC.

12             **UNITED STATES DISTRICT COURT**

13             **EASTERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| FOSTER POULTRY FARMS, LLC, a California limited liability company, and BRIAN BAKER, an individual, | Temporary Case No. 1:22-cv-00559 |
| | Merced County Superior Court Case No.: 22CV-01809 |
| Plaintiff, vs. | **PROOF OF SERVICE** |
| TYSON FOODS, INC., a Delaware Corporation, and DOES 1-20, inclusive, | Action Filed:   June 17, 2022 |
| Defendant. | |

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 5150, Los Angeles, CA 90017. On July 25, 2022, I served upon the interested party(ies) in this action the following document described as:

1. DEFENDANT TYSON FOODS, INC.'S NOTICE OR REMOVAL;

2. CIVIL COVER SHEET

3. DECLARATION OF SHANE PARKS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

4. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

By placing a true copy thereof enclosed in sealed envelope(s) addressed as stated below.

| | |
|---|---|
| Michael S. Helsley | Clayton Bailey |
| Christopher A. Lisieski | Benjamin L. Stewart |
| WANGER JONES HELSLEY PC | BAILY BRAUER PLLC |
| 265 E. River Park Circle, Ste. 310 | Campbell Centre I |
| Fresno, CA 93720 | 8350 N. Central Expressway, Ste. 650 |
| | Dallas, TX 75206 |

[X] By placing such envelope(s) with postage thereon fully prepaid into CDF Labor Law LLP's interoffice mail for collection and mailing pursuant to ordinary business practice. I am familiar with the office practice of CDF Labor Law LLP for collecting and processing mail with the United States Postal Service, which practice is that when mail is deposited with the CDF Labor Law LLP personnel responsible for depositing mail with the United States Postal Service, such mail is deposited that same day in a post box, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service in Los Angeles, California.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2022, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

|   |   |
|---|---|
| Michael Pogue | *(signature)* |
| (Type or print name) | (Signature) |