

# United States District Court
# Eastern District of California

| | |
|---|---|
| Foster Poultry Farms, LLC, et al | Case Number: 1:22-cv-00919-DAD-EPG |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Tyson Foods, Inc., et al | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Chad W. Moeller hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant, Tyson Foods, Inc.

On 11/06/1997 (date), I was admitted to practice and presently in good standing in the State of Illinois/Northern District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/27/2022        Signature of Applicant: /s/ Chad W. Moeller

**Pro Hac Vice Attorney**

Applicant's Name: Chad W. Moeller
Law Firm Name: Neal Gerber & Eisenberg LLP
Address: 2 North LaSalle Street
Suite 1700
City: Chicago   State: IL   Zip: 60602
Phone Number w/Area Code: (312) 269-8000
City and State of Residence: Arlington Heights, Illinois
Primary E-mail Address: cmoeller@nge.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dan M. Forman
Law Firm Name: CDF Labor Law LLP
Address: 707 Wilshire Boulevard
Suite 5150
City: Los Angeles   State: CA   Zip: 90017
Phone Number w/Area Code: (213) 612-6300   Bar #: 155811

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Chad William Moeller

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/1997 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 9th day of June, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois