

**FILED**
JUL 29 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States District Court
Eastern District of California

Plaintiff(s): Foster Poultry Farms, LLC, et al

V.

Defendant(s): Tyson Foods, Inc., et al

Case Number: 1:22-cv-00919-DAD-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Corinne Biller hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, Tyson Foods, Inc.

On 11/09/2017 (date), I was admitted to practice and presently in good standing in the State of Illinois/Northern District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Kimahni Duncan v. Crate & Barrel Distribution Center, et al., No. 2:21-cv-01398-KJM-JDP
August 11, 2021, application granted

Date: 07/27/2022      Signature of Applicant: /s/ Corinne Biller

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Corinne Biller |
| Law Firm Name: | Neal Gerber & Eisenberg LLP |
| Address: | 2 North LaSalle Street |
| | Suite 1700 |
| City: | Chicago     State: IL     Zip: 60602 |
| Phone Number w/Area Code: | (312) 269-8000 |
| City and State of Residence: | Arlington Heights, Illinois |
| Primary E-mail Address: | cbiller@nge.com |
| Secondary E-mail Address: | corey.biller@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Dan M. Forman |
| Law Firm Name: | CDF Labor Law LLP |
| Address: | 707 Wilshire Boulevard |
| | Suite 5150 |
| City: | Los Angeles     State: CA     Zip: 90017 |
| Phone Number w/Area Code: | (213) 612-6300     Bar # 155811 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/29/22

_____
JUDGE, U.S. DISTRICT COURT