**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103
Christopher A. Lisieski #321862

Attorneys for:   Plaintiffs FOSTER POULTRY FARMS, LLC and TYSON FOODS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, LLC, a California limited liability company, and BRIAN BAKER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC., a Delaware corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00919-DAD-EPG<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Foster Poultry Farms, LLC and Brian Baker (hereafter "Plaintiffs") hereby give notice that the above-captioned lawsuit is dismissed with prejudice.

Dated: August 1, 2022                WANGER JONES HELSLEY PC

By: __/s/ Christopher A. Lisieski _____
Michael S. Helsley and Christopher A. Lisieski

Attorneys for Plaintiffs FOSTER POULTRY FARMS, LLC and BRIAN BAKER

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Wanger Jones Helsley PC, 265 E. River Park Circle, Suite 310, Fresno, CA 93720.

On August 1, 2022, I electronically filed the foregoing **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** with the United States District Court Eastern District of California, by using the Court's CM/ECF system.

__X__   (BY CM/ECF)   Upon the filing of the foregoing document with the Clerk of the Court using the CM/ECF system, a notification of such filing (NEF) will be transmitted to the following:

Dan M. Forman
M. Leah Cameron
CDF Labor Law LLP
707 Wilshire Blvd., Ste. 5150
Los Angeles
E-mail: dforman@cdflaborlaw.com
lcameron@cdflaborlaw.com

Chad W. Moeller
Corinne N. Biller
Neal Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, IL 60602
E-mail: cmoeller@nge.com
cbiller@nge.com

__X__   (FEDERAL)   I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made. Executed on August 1, 2022, at Fresno, California.

_____/s/ Kimberley Dodd_____
Kimberley Dodd