UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TYSON FOODS, INC., et al., <br><br> Defendants. | Case No. 1:22-cv-00919-DAD-EPG <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <br><br> (ECF NO. 7) |

This matter is before the Court on Plaintiff's notice of voluntary dismissal (ECF No. 7), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment.[1] In light of the notice of voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to close the case.
IT IS SO ORDERED.

Dated:  **August 2, 2022**                          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The notice of removal in this case states that "[t]rue and correct copies of all pleadings, process, and orders, and any other documents on file with the State Court in this California Action are attached to this Notice as Exhibit A." (ECF No. 1, p. 2). Upon review, none of the attached documents include an answer or motion for summary judgment.

1